Peter C Benedith MD
712 H St NE #1713
Washington, DC 20002
Telephone Number: 716-507-6113
Email Address: penweana@gmail.com

CLERK
US DISTRICT & BANKRUPTCY
COURTS FOR DC
2026 SEP 21 P 6:10
RECEIVED

RECEIVED
SEP 2 2 2026
U.S. District Court, District of Columbia

United States District Court - District of Columbia
333 Constitution Ave. NW, Washington, DC 20001
202-354-3000

Peter C Benedith MD
1355 New York Ave
Washington DC 20002 Case Number
Telephone Number: 716-507-6113
Email Address: penweana@gmail.com
Plaintiff

Supplemental Complaints
CV 1:26-cv-02554-UNA

VERSUS

John and Jane Doe and its employer (s) (The Sociopathic Americans who crossed the Border into Canada and embedded itself with the city of Toronto through its library systems and homeless shelters hoping to steal an avenue for hate). ET AL
Address: 339 George Street
Toronto, Ontario, M5A2L2, Canada.
Telephone Number:416-392-2489
Defendant 1

To The district Court the plaintiff will like to amend the damages he seeks to the sum of one hundred ninety-six million dollars and one hundred sixty dollars ($196,160000) I was minding my business and this stupid piece of shit who saw me minding my business and then came and blow me away and then made me homeless. Then they saw me going to use the library system in Toronto Canada and Washington DC defending my personal liberty and then started deleted what I am writing and guess what, I guess that pisses them off right and why about them trying to run me over with car in Toronto and then pounced me in the face. Guess who was driving it, a Nigerian Nigga and then a smelly monkey from America and you know the ones I am talking about. The skin color looks like that of Nigerian but underlying, they are just as a or might well be a white nigga. This one is a she and I know; I never fucked her because that was business. They are still mad that I came out that slum from Gastonia as a slave to go to medical school and

then tried to become more. What about them destroying my dad in African and then came to United State; a place I thought this would never happen and then destroyed my livelihood because were upset that I maybe something considered important. I have no idea where they got that idea from. A researcher is just a worker and just is a cardiologist or whatever else they fancy with their monkey brain. I worked hard for that when they smoke marijuana and their lips all some for their stalkers are all black. Some has a burned mark in the middle. What about them trying to electrocute me and why and for what for. Do you know why, for this person who is minding his business and was striving for a personal achievement which they saw and then did not want him to be an electrophysiologist who is a researcher or a cancer biologist; this is why they did all this in broad day light without any regards for the laws the makes us civilized people. THIS DEFENDANDS ARE AFFLIATED WITH THAT FAMILY AND MY BROTHER WHO I LONGER TALK TO AND I GUARANTEE YOU THAT YOU ARE NEVER GOING TO MEET ANYONE ANYWHERE WHO IS AS STUPID AS THIS PEOPLE. This is why I will like to court to join me in blowing the stupid low life sociopathic loser away.

I know via an experience that nothing is sacred to them. The right thing is to walk up to that Nigerian and then put a gun in their head and then blow it away but that may not be the correct thing to do. That is not the wrong thing to do and so this means that I am 3/3 and they are 0/3 in that idea of what common sense means. I do remember these defendants stalking me and shadowing in 2007 and this was in Chicago and I ran into them at a train station near Lincoln Park stop at the loop. They instigated an idea that I should follow some female off the train and I guess date her but in African, get married. Then I was in South side Chicago trying and looking for a lifelong pursuit of medical knowledge. I also met you in Houma Louisiana in 2008. I have always known they hated me and why is because I was trying to restore dignities that my parents lost when that family affiliated with these defendants blew my dad away and then sometimes, he had to beg for money. This is why my mother moved back to our home in Awka, Anambra State and then became a farmer. Do you know what that means. She had three jobs. Farm and trade and then care for her home. My dad stayed back in Lagos looking for work and was probably too ashamed to return to the east. You know what get to me, that this thing will get away from robbing someone during daylight of hard earn work and I did nothing to them or anyone to deserve that.

I also saw them in Bridgeport Connecticut and Waterbury Connecticut. Then in Cleveland Ohio and this was from 2007 to 2009. They were shadowing me and I believe they were trying to figure out how to hurt me and each time it seems something goes wrong. Yes, it is wrong to attempt to rely on charities of others and it is nice to find decent men and women who joyously do their work and then go to the whatever life they have. There must be a pride in that. How can this no-good stalkers enter the public square i.e. public libraries and then police station (do you want this sociopathic thing as a cop and then take your reports) and then car rental places and then hotels and then including when you are trying to rent an apartment (Do you want this sociopathic thing have the key to your apartment) or get a job (Do you want this sociopathic thing working with you or hire you). And so, it seems that in the South and then you know that other place where you enter if you pass Pennsylvania going west; that other state, there seems to have dog shit monkeys of people who do not like doing the work and then do not have the decency to return their paycheck in shame. These defendants and their employers are sociopath and by definition, they never follow any social norms. Break in and enter, theft, assault, Stalking, Theft of Data, Bank Theft and Wire Fraud, Mail Fraud (My mail always missing when I sue this trash or that other fellow in Ohio), Theft of wallets, Theft of ID Cards, Theft of Phones

and External Chargers for phone etc. I do not think that this is my problem but I am sorry that I did not tell them that I do not hangout with Nigerian losers and those who come here to fuck pussies and they like the white ones and then site their monkey ass in a bar drinking Gulder then think of how to defraud people. Them and that others thing of pieces of shit like making bastards and then the kid is poor for life because of selfish thoughts between their legs. They buy cars and then shove their faces full of stuffing's and also not with their African American friends who I cannot figure out who's is worst. **If you ask me between this black thing and a KKK member who I will prefer, I will choose a KKK member.** At lease, if the later sees me minding my business and staying away from their stuff they will likely ignore me too.

In 2004, When I was working in North Carolina and then going UNCC in the Morning, one late night, I was driving on I-85 northbound and around exit 55, they attempted to kill me. This is what happened, I believe that they had a black guy tried to park his car half on the curb and the rest on my incoming traffic and then I stopped to avoid hitting him and then semi-truck behind had to stop. If that truck had hit me from behind, I would have run into the black person and he likely will die and I guess something went wrong with that plan. I do believe that they hired someone to attempt to cause this accident and that failed. I caught them because they ran out of bodies and if not, I will have spent the rest of my life in poverty and this is what they did to my dad. I must repeat, their war against my parent started before I was born and I did witness that when the cops came to our house in Lagos to arrest my dad. **Dear mum, your son and I mean your first son is really a LOSERS**. He would join that piece of shit to try and bankrupt the only who can help and against the master clans of losers. Think of it and in terms of criminalities, they do it or affiliates with people and including this smelly African American piece of shit. You know that girl they had me marry when I punched the wall, when I would drive to Gastonia from Spencer North Carolina to give her money while waiting for my papers to come through, her home often smells like something weird and my stomach hurts from that smell. This is why I will never dream of any affiliations with a piece of shit like them while better logic will tell me to find another African American who is not a piece of shit. There is Cedric the entertainer and I am sure he is decent person of what the whole African diasporas means and not the marijuana sellers and thief of white pussies and disgusting parasite. It is nothing personal, you are just a piece of shit and you are not well welcome because I am not a nigga and you are a piece of shit. Now do you understand what I am saying. If you want, you can shoot me again and pretty much what you guys and I just did not think of it because of lack of experience.

My Cousins and his families are who this bastard making monkeys are affiliated with and please do not forget that potbelly out of Mocksville and his stupid kids that I took time off my studies to fly to New York City and then receive them when the visa came through. **It seems that in the United States, I cannot defend our civilization with a lawyer because this trash wanted to kill some guy so he does not become a cancer biologist or electrophysiologists or researcher MD and when that person attempts to defend himself this guy tries to prevent me from doing that by cutting my phone and I bet you that they will like to cut my power too. I am hoping that this court will destroy this piece of low life trash. There is nothing wrong with our country but rather it is something that is wrong with these criminals. Have you seen their lips and have seen the heads. They are very hateful work of human garbage**.

But it is okay and because I remember how nice my parents were to other people. This trashes and including my mother's first son used a security firm to prevent me from getting my citizenship in Cleveland immigration in 2013/2014; this was the same guy who threw me out of Baptist Medical Center and then destroyed me interest in working in New York when I got the

State Medical License. When I moved to New York and reapply for me Citizenship (2015) and it seems that they were thrown out of the immigration office because I saw them leaving the immigration office and I cannot say if that black person is African or African American. That same white person out of Baptist Medical Center, saw me going to store because I was trying to ask the owner a question to see how I can catch this thief (2011) he went there and stood behind the counter as if he works there and then I saw him and left the store right away. This was a spy store in Manhattan New York. Years later I was in Vancouver trying to get a license (2025) and they were there to interfere with It. Back forward in New York DMV (2023), the same thing and this time, A Spanish person and an African American woman, I think. I am not sure what kind rat this person is but break in and enter, they do it and including spending a long time in my apartment which they gained access to in New York City through the receptionist. I paid for that and this person can just walk into someone house and I WANT THIS COURT TO THINK ABOUT ALL POSSIBILITIES AND INCLUDING YOUR DAUGHTER IN HER APARTMENT. When I came home after being gone for a week, the number of allergens present from cat fur or dogs being in my house was so much that I had to open the window or door there and went to the pharmacy to buy medication.

**I just want to let this defendant know that I know that you had that Spanish person in New York city steal my condoms that day I went to Sloan Memorial** for conference and she spooked me and I could not find it. Do you want to know how I caught my mother's son; it was in 2011 and they day I went to Movie Theater with him and I bet for sure that he will never knew how. **I do not want any relationship with you and that is why I changed my last name in 2015 and do not forget all your skin tags** and I believe that if I shoot one of them in the head, I will still get 3/3 in common sense. They have done everything they can to destroy any chance of gaining any sensible employment and this is violation of my civil right. **You are very rude and very very rude but again I guess what you expect from a criminal and when you steal I.e., my coffee** that I got through uber eats, it is better not to pour hot water in the cup with some coffee left in it. You can buy your own and it is less than $2.50. **To the district Court, these criminals ran out of bodies**. They used to shock me through my glasses in New York after they person from Cleveland enter the pictures. The person I saw in Cleveland Hts. Or Shakers Hts. I will enter my bathroom on 350 W 50 TH STREET NY then I will get a shock and then I will be on the website and then when I change a webpage i.e. open a new page, then I get another shocking and this was after they tried to electrocute me to death in 2013 with that Dracula looking person, Celtic Music lover and that white one (tall who sent up a fake medical emergency situation in a mall in Fayetteville and then I try to approach it and then he waved me off). **I know it was rage and hatred** because I tried to be better. MOM, this is what your son and that potbelly you and dad helped in Lagos when no one will help him did to me and for what; with a racist in Cleveland Ohio. There is a white woman, when I met her in 2008 in Cleveland Ohio, she had no wrinkles and she was also present in 2012 in Piedmont Medical Center. Then I met her in 2015 in a Hotel in Dayton Ohio and do you remember that, we had sex and then I let you stay in room and then left for the night. You asked for your fare money and I paid 200 dollars or maybe more than that. I was sure maybe it was you and I thought it was you. Who did you tell that. I let stay the night because you stated you were homeless and now, I remember and you were there with that other one from South Carolina but I am not sure if she from Cleveland. I think she wanted me to think she was some doctor I used to know. I let you stay there in my rooms because I had not valuable there and I know that you had your own room

or you had that white guy downstairs get you a free room. Did you ask the other white girl to winked at me in 2012 at piedmont medical center ICU, she did. Who was that black woman in ICU, I never met her before, she used to walk next to me on the hallway and then I saw her again in New York city when I was trying to get my citizenship in 2015. She was with the other white person in Fayetteville North Carolina. When she winked at me and I thought the world of myself because she was asking me medical question and appear to appreciate my response so I thought I was awesome. I did not know that it was set up. So then, I am not a loser because sex trappings are made for made men.

In Dayton Ohio, you were with that other woman who was in Fayetteville North Carolina in 2013. Who is she? I think she is from Ohio and just like that other person; the Celtic music lover from Cleveland Hts. Ohio or Shaker Hts. Ohio. I have a secret to tell you. I know that you are with that Nigerian who came here and then got a H1B visa. **Do you know that they were pissed up for example that I could become an oncologist or electrophysiologist** and this is why they recruited my mother first son to attempt to destroy me. It does not matter if you care or not but this is why and it was very important to their loserism for someone else not be better. It is hard to understand and I hope that their African American friends hook you with their drugs and take your precious away from you. They do that. I also hope that you and your friends who had to stick dick in your mouth during your job you think that you are better than a prostitute who for example lives in New York and have to pay for stuff doing what you think is same as you. I think you are worst and may you and all your friends die a very gruesome death in the name of God the merciful and that includes you and I mean those Nigerian Monkeys. I am sure they also fucked you (they are married and I am sure that their wives also fuck strangers and I am hoping that it is the Spanish that they have steal my coffee) and who is a better fuck, me or them. You can reply in your motion to dismiss and tell the court if I was better in fucking or they were better because her legs were shaking when she wanted me to fuck her.

Guess that this blackened lip trash did, after they heard that her legs were shaking; you remember, you invited them to the restaurant and you starting kissing me. Trust me and they know that I hate their kind and it does not matter to me what they think, because I remember and think of them as pretty much blank space of trash. when I started doing prostitute first in 2013, they will bring that thing in my room and then they obviously wanted my stuff and maybe who knows what they were sent for. I figure it was you (the ICU winker) who told them about the climax in my apartment. I figure you were hired and maybe did not that I will start sucking your breast on the movie theater. You guys are very strange but I think you are just some reflections of things and how hard it is and maybe you are just some shit persons with no morals. It was weird to try to doubt your country and that is when you realize that your country is fine but the problem is your fellow citizens who are pretty much criminals. **Do you know how many resource that this Gulder drinking trash from Africa spent on that stupid idea of limiting someone's goals and aspiration; that criminal acts were important to them and I hope that the court remember that where the defend our civilization because it is still better to mind your own business**. And this is the superiority of a very lazy and those allergic to manual labor clans of trash people. Name it and I mean criminal stuff here in United State and you see them there and this is all kind of theft. So that means I join their stupid and loserism ways here and guess what they will do if they see my selling drugs, they will call the cops and then have me arrested. Guess what then, they will call Nigeria and tell them that I am loser and a drug dealer. Now do you understand. **To the District Court, I was minding my business and I swear and this people tried to get close to me and I saw it and then withdrew from them because I**

**knew what they were. They hired a firm of non-professional assassin to destroyed my goal and expirations during broad day light and guess what they pretty much shot me and that worked and then tried to prevent me from seeking justice on my court.** They have spent a lot and on people like her that will do whatever and then they ran out of bodies. I am not mad that had me pull me pants down and then you refused to suck my cock. Now I know who you are. There are three people I believe from East side of Cleveland that are with you. You are the one that was in Albany New York and then also you were at the bank in Salisbury in 2011 and then you helped me open an account right. I think I got a five thousand loan and you were with that family of my parents who lived in Mocksville. **Do not worry, they will never sell you out because the idea of someone from my side of the family being successful in this land that give you nothing would have killed them**. So, you have me pull my pants down so can write a report. You did your homework; they will never rat you out. I am sure they also fucked it and you are very fat and ugly looking piece of something to do. I just wanted to get off while travelling somewhere and you walked into the door. Mum, it sucks that you son could go to prison and for what and I know that you and dad tried to get him to stay away from that family and he walked away from you.

To this stupid people, you guys make me very sick. I am sure that those African hate me and it does not matter because I am sure that they are connected via hatred from those events in North Carolina from early 2000's and then see me leave to become successful and it is really whatever because I think of them as nothing. **You guys should listen to that music from The Doors; Strangers; that person form east side of Cleveland do not give a shit about a monkey from African and for you; there are two strikes against you. First, you are stupid and then second, you are the skin color. I had one strike against me. You are not wanted and if they try to talk to you and if they still do; you ignore them. They can pay for better lawyers and better everything and your shocks is different from theirs because you are a nickel and dime piece of shit from African. Safe your money and mind your business.** From 2008 to 2015, that stalker developed a lot of wrinkles, do you know that I remember the other guy with your friend that told me to pull me pants down. I thought you were a prostitute and I do not know you were a security person. Pop quiz, what do you think I would have done to you if I had caught you. You were also with your friend and I mean that Dracula looking one in Long Beach right and pretending to be a nurse right in 2020 and who is she? and I am not sure if she is related to that other guy I met in Cleveland Ohio in 2011. I went to a Celtic Concert in Cleveland Height or Shaker and he was there. I never forgot that face and this is how I know that Cuyahoga County knows him. He was with that two-face prostitute who came to my hotel room and wanted me to pull my pants down in Astoria New York in 2013 when you guys were trying to electrocute me to death. You know that the first I wanted sex from a prostitute was when I realized that I would probably die in Fayetteville North Carolina. The Dracula was there in Fayetteville and with my cousin in and near Mocksville North Carolina my mother's son was also there. The Celtic music lover from Cleveland was in Mocksville around the same time. He was in Astoria 2013 and I was being shocked and could not figure out what do you and went to cops in Chinatown and then a Spanish person who I think works outside that station asked me to go to me own station. I know when Cleveland Shocks me, it tended to hurt more than when the Nigerians. That other little person from Cleveland Clinic was also in Astoria and she was with some white girl. Did you fuck her and there seems to be a lot of that down south and Midwest. You had a wolf like dog in Astoria. Does she smell? and she was also there in Fayetteville (2013). She was in Akron 2015/2016) She was also in Los Angeles (2018). She was in Niagara Falls (2026).

The Nigerians seems to have the hardware and then then but first, they break it in pieces before they use it. Do you know that white girl in Piedmont Medical Center who winked at me, I fucked her in a movie theater in Charlotte North Carolina and do you know how, I truly thought she liked me and did you pay her extra for that. We were watching movie and then I started touching her and then she liked it and then I started sucking at her breast and this she told me to wait. Sure, I met at my apartment, we had sex. It was very good and her legs starting shaking. I did not know that it was a setup and it was weird actually that I would be set up that way. Do you know that the family from Mocksville North Carolina knew of us having sex and then it seems to me that there were not done with me then and I was not surprise to see what they had in store waiting. That was the last time I saw him except if he was the one standing in that court house in Albany (2015) New York when I was planning for a showdown with that other thing and you know the Biology Majors who tell a guy to cut off his dick.

I know that your employer knew of me when I was in University of North Carolina and I know that you were stalking me and I do not know if one of you gave me a ticket posing as a campus police. The was another one and a white one and he look like a poor white person. He wore a white coat to pick a fight with me at Piedmont Medical Center. He pretended to be an Infectious Physician there. Do you know that I ignored him and he was at Target with someone taller. You wore a police uniform. I believe I slept with your employee and I did not know that because she winked at me and I thought she liked me. She invited to that Restaurant and then starting kissing while those African American persons watched us and she must have invited them. Do you know why those Nigerian did that i.e. form affiliation with you, so my family loses someone in United State they tried to waste in North Carolina and I am sure that they tried in Chicago and when I was in Saba. Do you know that your friend; my mother's son I took a restraining order out on in 2018 (Told him that) stole from his own mother his business money and my parent lost everything because that Nigerian family blew them away and we became poor. I know that this does not mean anything to you. You were also in San Francisco wearing a police uniform and I think I have seen you three time in addition to Target in 2013. In San Francisco in 2018 and then you were there with someone else. You threw out my tent area right. One of your guys gave me a job a UPS and then since I was riding free ride from San Francisco to South San Francisco, you prevented from getting the train and I had to call off right. Lost my job that day. **Guess what that African American did and I think they were with you. He interviewed me in Hertz and then hired me and that made me happy and thanks because I was starving**. This was in 2018. **After all that and after severely relationship with that traitor who betrayed his family; To the district court; they pretty much went back to work**.

That was you the cop wearing uniforms (how can you be a real cop. It seems that are other Latinos posing as cops and I think I have seen an African American posing as cop also but less frequently) right in New York in 2023 when that African American person started hitting me in the head that large bottom of sanitizer and I called the cop and you came right. My head still hurts from that assault and in the same location and I sometimes try to figure out what triggers it. You know your friend with you at the target in 2013 (the taller one) asked someone to pretend to inject heroine in San Francisco when they saw me walking by them. How much did you make from all this and just to let you, if I catch you, you can ask your friends what I will do to you. You smell like a coward and it is clear and I understand that you set up a firm and then this Nigerian walks up to and offers money to blow someone away and you say yes. **But thinking about it, I think your interest is those in Cleveland more because of that attempt law suit of mine against them and yes you will be right to look there because they have more juice**

**than these Nigerians that started all this due to attempt to denial of someone aspiration**. It seems to me that you have a Latino who is hungry doing your scutwork. They steal from me and including stealing prostitutes. I bet you they harass them too and intimidate them and this is why I am hoping that this court will join and you these defendants away in the name of God the merciful. This is this ugly looking African American woman. This always and always stalks me and I cannot understand her brain. She is currently in Washington DC and I saw her in San Francisco California in 2023. There is this African Women, it seems to me that is likes eating chicken wings. **Next time, mind your business and maybe you will save your brains and sleepless night and maybe save some money**. The Spanish Crew seems to entered the picture in later 2011 and mid-2012. Sometimes they go to police and then discourages someone from filling a police report or takes the reports itself. The African American Crew enter the game in 2013 and they are still active and with the Spanish team. I know who hired you and this is why; so, the person from this family does not live an American Dream they can achieve and hopeful and I hoping to use my brain in different when you are destroy.

There is another white woman, I believe I met her in bank in North Carolina. Bank of America and this is the bank that black person hit an armored car driver in the head and then walked away with the cash. He already or maybe that was there already, had an escape plan through a cut in the wire fence. That driver was a black person and the assailant was also a skinny black person. She was at that bank then and I was in applying to medical school and I believe that I saw her in Niagara Falls New York 2026. She might also be the person who was at the Law firm in Cary North Carolina in 2012. Now finally, there is this other person, I met him in Medical Board Meeting for applicant trying to be boarded (Not sure if this was real) and he was talking stuff which is not probably real. How can a medical board personnel, be at the airport in Atlanta Ga with some short persons that I was working with in Ohio (2015/2016). **You people are very trashy and not good and what you do. But I guess with wire-fraud, anything is possible when you hide behind the computer.** Do you know that other trash who threw beer at me and I think it was the RUSH CONCERT AND BLACK SABBATT CONCERT (Madison Square Garden) in 2015/2016. This was the same guy who when I called the Police in Fayetteville who came via interception of my call and then pretended to be a cop. **What is your name sir** and it was also you with those doctors from Ohio in San Francisco. There is a short woman with you in Fayetteville North Carolina in 2013 but I think I met you when I was applying at Baptist Medication Center and Moses Cone in 2012. It was you in Washington DC in 2016 and you were there with a Red Hair prostitute or maybe greenish, she followed me from Cleveland. You were also in Toronto in 2025/26. It is nice to meet you and again and again. You know what those Nigerians wanted; they saw a perfectly happy person and striving for better life and then hire you and you are still poor and I mean you guys are still as poor looking as before and you would have better reading about common sense and that will help you and I guarantee you this. How many doctors in Cleveland and in North or South Carolinas do you guys have sex with and I bet you for most of them, they did not even have the decency to pay for it. This is why you guys are still poor and look poorer and when are you going to get or grow a brain. The Medical Board person in South Carolina was also in Toronto in 2025/26 right and I know why because you think I will be getting a medical license there right. I am really hoping and praying for this court to join me in blowing you away in the name of God the merciful. The medical board guy has a sister or maybe someone that look like him in Niagara Falls New York 2026.

So, there is a white thing that started in 2003/2004 and then the Hispanic thief thing that started in 2012 and then the African American thing that started in 2013. **I am sorry that you guys picked up the death penalty by doing stuff with those Nigerian because I would have predicted that because anyone who does anything with them tended to lose**. You know that Indian women with you and I could not believe that an Indian will join these losers from Nigerian. Usually, their people are vert smarter and that is why I thought she is not an Indian. I started thinking that is she Caribbean and maybe Hispanic; I am not sure what to call her. She is dumb stupid person and I am sure she was there in the beginning or maybe her sister in 2011 and then I met her in Mount Sinai in 2015/2016. How did that go and now you understand that I was minding my business and then you and your niggas friends started attacking me and because they thought I was going to be an electrophysiologist and a cancer biologist and now did you see the damage you have done. I am not mad, just because I understand that they have big balls and big other stuff and that is fine because I will like to continue keeping my little stuff that I have and just pay for your stuff and maybe you get up in your common-sense score.
TO THIS DISTRICT COURT. DO YOU KNOW WHY THEY DID IT AND SO FOR MY FAMILY TO BE A LOSER AND HAVE NO DOCTOR IN THEIR RANKS AND SO THIS DEFENDANT MADE A RIGHT CONCLUTION AND NO ONE WILL RAT THEM OUT BUT THEY HAVE NO BRAIN AND SO HOPEFULLY, THIS REQUEST IN GRANTED. **To the district court, there is not doubt that this was a planned execution and it was rage and anger** and for what. The employers of this affiliates are from African and they knew in inner workings of my mother's first son and knew that I was alone and then I could be shot and no one will lift a finger. But when I try to get a legal presentation, they used the same criminal actions like electronic surveillance and wire fraud and mailing fraud and all others types of criminalities to obstruct justice hence, violate my six amendments right and then it is fraud also because you cannot be allowed to drug someone before the race starts. Once I saw I was on an island alone and then I acted and that did not change anything. I walk away from that family. Since then, they have continued those criminal activities against and again during broad day light. Who should it matter that they are Africans or foreigners. They choose to be here in this civilization and this civilization does promotes freedoms of affiliation and right to choose whatever is possible. Again, their action is criminal and mine is not and pretty much and them being sociopathy means they will likely repeat and hence a restraining order my not work. I was minding my business and my score in common sense is 3/3 and theirs for choosing the wrong thing is 0/3. So therefore, I will like the court to be active in the name of God the merciful and then apply our laws according. I am hoping and jail time of 55 years in prison to life in prison for violating the torture statute and wire fraud statute (30 years in prison), banking fraud (20 years in prison) Criminal harassment and others including mail fraud (5 years to life in prison). They are sociopathic and have no remorse and so what that I am an electrophysiologist who has lab somewhere or a cancer biologist who has a lab somewhere and why should that concern them.

They and I mean this Africans are extremely hateful and as such are their African American enclave and I felt it. Watch, they will come to ride on my uber ride and harass me and then give me a bad rating. They are very devilish and very stupid and it shocks me because I figure that this stuff sends people to prison and that is when I realized that they probably figure that they pay someone to commit a crime that they will not he held responsible. I believe that they are wrong. **If you pay a dog owner to use their dog to attack someone and that victim sustains an injury, you are responsible for it because without, no injury occurs** and hence they must

be wrong or just plain old dummy from African who are fake doctor because they pretty much went to medical school from high school and do not know anything. This tends to carry over in anything they do and pretty much an idiot. Here, you get a four-year college grilling before you are even deemed worthy to be a medical student.

In conclusion, so you have this white woman in the bank at bank of American when I was in UNCC applying for medical school, she was stalking me and I never forgot that bank because of an event there I saw, then you have family member out of Mocksville and then this other white woman in 2011 (Agent pants down) in Wells Fargo bank in Salisbury North Carolina. Agent pants down was at University of Chicago when I was applying to do cancer research there for one year (2011) and then I was pretty much thrown at of that office and then, she sat on the cubical right in front of me laughing as I was leaving. Then you have agent pants down in Astoria New York and her friend from Celtic Festival concert Cleveland (2011) in Astoria New York in 2013 shocking me to death. I went to the cops in Chinatown, the Spanish fake cop threw me out and told me where is my home station and then ask me to go there. I was going home and the Celtic Music lover was at an immigration office and then got my attention and did recognize him. I went to my home police station in Astoria, and this Spanish male, young male interfered and I could not submit my report. Then I went to Fayetteville (2013) because I had to look for work and then met nurse Dracula looking person that I met in 2012 in South Carolina and before that I went to a law firm in Cary North Carolina and then met a JD who was also a Nurse Practitioner (2012) and I believe that I saw her again somewhere else (2026) not in here office stalking me. Then there were the skinning white women who I met in 2008 in Cleveland, 2012 in Rockhill South Carolina and then in 2015 in Dayton Ohio and she was the Dracula looking nurse in 2019/2020. You have a White man I met a Baptist Medical Center Winton Salem North Carolina 2012, Then right away in New York 2012 later in that year and then 2015/2016 at Address: 909 Midland Ave 2nd floor, Yonkers, NY. This is a law firm (Joseph Marra attorney) and this lawyer pretty let them into law firm pretty much had me sign stuff and thought how to sign my name. I also met him in Mexico (2023?) and then a black guy and then another Spanish person (Ugly and maybe alcohol persons or drug person who was in Cleveland 2024 (carry Jewish Flag guy (do not do that and just go get a job; more guarantee income)). All this in additionally to what is highlighted above. This sociopathy things are thieves and any educated persons will be able to tell that they are trash by using their sense but they are allowed into public spaces and including coming to wherever and whenever to attack some. **Their actions are based on Hatred and Rage**. **I am not mad at this firm and these persons because I know what those Nigerian did to my parents and just did not know that they can do that here and failed to see that people tended to shot others anywhere**. They are right because, those Nigerians will never rat because of the deep seeded hatred for a family that they blew away in and then came here with the help of my mother's son and did the same to me here. I AM REQUESTING AN INCREASED FROM 98 MILLION DOLLARS AND 80 THOUSAND DOLLARS FOR THEIR ONGOING AGGRESSION. THIS IS TO INCREASED TO 196 MILLION DOLLARS AND 160 THOUSAND DOLLARS AND THEN A RECOMMENDATION OF A MINIMUM OF 55 YEARS IN PRISION TO LIFE IN PRISON AGAINST THIS DEFENDANTS AND INCLUDING THEIR HANGOUT MEN AND WOMEN WHO SHOULD GO AND GET A JOB AND MIND THEIR BUSINESS BECAUSE I JUST WAN TO CONTINUE MINDING MY BUSINESS IN THE NAME OF GOD THE MERCIFUL BECAUSE I DO NOT NEED ANY TROUBLE. I DO NOT BELIEVE THAT

ANY RESTRAINING ORDER AGAINST THE HOLY WARRIORS OF A FAMILY INGRAIN IN LOSERISM WILL WORK BUT I THINK THAT WILL BE NICE TO PREVENT THEM AND I MEAN, THIS DEFENDANDS AND THEIR ASSOCIATES INCLUDING THEIR HANGOUT MEN AND SECURITY FIRMS AND EMPLOYER FROM VIOLATING ANY CIVIL OR CRIMINAL CODE AGAINST ME. I AM HAPPY TO SCORE 3/3 IN THAT MEASURE OF COMMON SENSE WHILE THE KEEP THEIR 0/3 SCORE.

# References

**Wire Fraud**

Wire fraud is a criminal offense that involves using electronic communications—such as the internet, email, phone calls, text messages, or wire transfers—to intentionally deceive someone and steal money, property, or sensitive information.

These defendants acted intention to defraud this plaintiff on

**Banking Fraud**

Bank fraud is the illegal use of deceptive, dishonest, or false means to obtain money, assets, or property from a financial institution or its depositors. It includes stealing account numbers, log in information etc.

**Mail Fraud**

Mail fraud is a federal crime defined under 18 U.S.C. § 1341 that involves using the U.S. Postal Service or private interstate carriers (like UPS or FedEx) to execute a scheme to defraud others of money, property, or honest services

**Constructive Fraud**

Treated as real fraud because of breach of duty or trust that harms someone. Breach of duty that creates unfair advantage. Here the wrong doer gains improper advantage.

Fraud

Fraud is the intentional use of trickery, lies, or deception to take money, property, or legal rights from another person or organization.

Criminal harassment Canada Statute: Criminal Code, R.S.C. 1985, c. C-46, s. 264

(1) Everyone commits an offence who, with intent to harass another person or knowing that, or being reckless as to whether, they would be harassing another person, engages without lawful authority in conduct referred to in subsection (2) if, in all the circumstances, the conduct could reasonably be expected to cause that other person to believe that the other person's safety, or the safety of anyone known to the other person, is threatened.

Prohibited conduct

(2) The conduct mentioned in subsection (1) consists of doing any of the following in person, by a means of telecommunication or by any other means:

(a) repeatedly following from place to place the other person or anyone known to them;

(a.1) monitoring the location, movements, actions or social interactions of the other person or of anyone known to them;

(b) repeatedly communicating with, either directly or indirectly, the other person or anyone known to them;

(c) besetting or watching the dwelling-house, or place where the other person, or anyone known to them, resides, works, carries on business or happens to be; or

(d) engaging in threatening conduct directed at the other person or at anyone or any animal known to them.

Punishment

(3) Every person who commits an offence under this section is

(a) guilty of an indictable offence and liable to imprisonment for a term of not more than 10 years; or

(b) guilty of an offence punishable on summary conviction.

Factors to be considered

(4) Where a person is convicted of an offence under this section, the court imposing the sentence on the person shall consider as an aggravating factor that, at the time the offence was committed, the person contravened

(a) the terms or conditions of an order made under section 161 or a recognizance entered into under section 810, 810.03, 810.1 or 810.2; or

(b) the terms or conditions of any other order or recognizance, or of an undertaking, made or entered into under the common law, this Act or any other Act of Parliament or of a provincial legislature that is similar in effect to an order or recognizance referred to in paragraph (a).

Reasons

(5) Where the court is satisfied of the existence of an aggravating factor referred to in subsection (4), but decides not to give effect to it for sentencing purposes, the court shall give reasons for its decision.

For greater certainty

(6) For the purposes of this section, and for greater certainty, a person's safety includes their psychological safety

**U.S. Const. amend. VI**

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defense.

Submitted with Respect to The District Court,

Peter C Benedith MD (Pro Se),

9/21/2026.

Peter C Benedith