Peter C Benedith MD
Mailing Address
712 H St NE #1713
Washington, DC 20002
Telephone Number: 202-209-0773
Email Address: penweana@gmail.com

RECEIVED
MAILROOM
OCT 16 2026
Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

United States District Court - District of Columbia
333 Constitution Ave. NW, Washington, DC 20001
202-354-3000

## Case Number:

**Request to extend the time to serve these defendants by eight weeks (8 weeks).**

Peter C Benedith MD
Mailing Address
712 H St NE #1713
Washington, DC 20002
Telephone Number: 202-209-0773
Email Address: penweana@gmail.com

Plaintiff

VERSUS

John and Jane Doe and its employer (s) (The Sociopathic Americans who crossed the Border into Canada and embedded itself with the city of Toronto through its library systems and homeless shelters hoping to steal an avenue for hate).

Address: 339 George Street

Toronto, Ontario, M5A2L2, Canada.

Telephone Number:416-392-2489

Defendant –Et al

The plaintiff will like to request that the court please grant him an eight-week extension to the time needed to serve these defendants. I am sure they can see me requesting a restraining order and I guess they are punching in the face and stalker and then harassing. Maybe that is a way for them to contest the divorce. The persons they know, I do not talk to anymore.

Submitted with respect to the US Courts

Peter C Benedith MD

10/15/2026